## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HAYES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2903 |
| | § | |
| | § | |
| SPAR GROUP, INC. AND SPAR | § | |
| BUSINESS SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the parties' stipulation, (Docket Entry No. 28),  this action is dismissed with prejudice. This is a final judgment.

SIGNED on January 26, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge